UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal Action No. 7:90-cr-394-GRA |
| ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| Timothy Wayne Blalock, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    This matter comes before this Court for review of United States Magistrate Judge Kevin F. McDonald's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B), and filed on December 2, 2014.  ECF No. 79.

    Defendant Timothy Wayne Blalock ("Defendant"), by and through his Attorneys, filed a Petition for Writ of Coram Nobis on December 31, 2013.  ECF No. 14.  Under established procedure in this judicial district, Magistrate Judge McDonald made a careful review of the complaint and now recommends that this Court deny the petition.  ECF No. 79.  For the reasons discussed herein, this Court adopts the magistrate judge's recommendation in its entirety and denies the petition.

    The magistrate judge makes only a recommendation to this Court.  The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court.  *Mathews v. Weber*, 423 U.S. 261, 270–71 (1976).  This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate judge with instructions." *Id*.

In order for objections to be considered by a United States District Judge, the objections must be timely filed and must specifically identify the portions of the Report and Recommendation to which the party objects and the basis for the objections. Fed. R. Civ. P. 72(b); *see Wright v. Collins*, 766 F.2d 841, 845–47 nn.1–3 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91, 94 n.4 (4th Cir. 1984). "Courts have . . . held *de novo* review to be unnecessary in . . . situations when a party makes general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). The deadline for filing objections in this case was December 19, 2014. ECF No. 79. The Defendant did not file any objections to Magistrate Judge McDonald's Report and Recommendation.

After a thorough review of the record, this Court finds no clear error and that the magistrate judge's Report and Recommendation accurately summarizes the case

and the applicable law. Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

**IT IS THEREFORE ORDERED** that Defendant's petition is DENIED.

**IT IS SO ORDERED.**

                                                     G. Ross Anderson, Jr.
                                                     Senior United States District Judge

February  9 , 2015
Anderson, South Carolina